IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

09 JUL 17 PM 4:29

OFFICE OF THE CLERK

| | | |
|---|---|---|
| JORGE YEPEZ, | ) | |
| | ) | |
| Petitioner, | ) | 8:09CV235 |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC HOLDER, as Attorney | ) | ORDER |
| General of the United States; | ) | |
| JANET NAPOTITANO, as | ) | |
| Secretary of Department of | ) | |
| Homeland Security, JOHN T. | ) | |
| MORTON, Assistant Secretary | ) | |
| of Immigration and Customs | ) | |
| Enforcement; GREG JENSEN, as | ) | |
| Acting Field Office Director, | ) | |
| Omaha Field Office, | ) | |
| Immigration and Customs | ) | |
| Enforcement, | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the Court on Jorge Yepez' ("Yepez") petition for writ of habeas corpus and emergency request for stay of deportation (Filing No. 1). Defendants shall take no action to remove Yepez from the United States of America to Mexico prior to Friday, July 24, 2009. Pursuant to 28 U.S.C. § 2243, the Court finds that, based upon the application, Yepez could be entitled to relief and therefore that the defendants should respond to this petition. Accordingly,

IT IS SO ORDERED.

DATED this 17th day of July, 2009.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court