IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JORGE YEPEZ, | ) | |
| | ) | |
| Petitioner, | ) | 8:09CV235 |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC HOLDER, as Attorney General of the United States; JANET NAPOTITANO, as Secretary of Department of Homeland Security, JOHN T. MORTON, Assistant Secretary of Immigration and Customs Enforcement; GREG JENSEN, as Acting Field Office Director, Omaha Field Office, Immigration and Customs Enforcement, | ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Respondents. | ) | |

This matter is before the Court on the motion to dismiss without prejudice (Filing No. 7). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; the petition for habeas corpus is dismissed without prejudice.

DATED this 20th day of July, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court